474 A.2d 689

Commonwealth v. Haines, a/k/a Harris, Appellant.
Petition for Allowance of Appeal
Denied Sept. 25, 1984.

Submitted November 8, 1983. Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.